MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Regina Schaffer-Goldman, *admitted pro hac vice*
regina.schaffer-goldman@morganlewis.com
101 Park Avenue
New York, New York 10178-0060
Tel:   +1.212.309.6000
Fax:  +1.212.309.6001

Attorneys for Defendant
EXPEDIA, INC.

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
*tfriedman@toddflaw.com*
Todd M. Friedman, Bar No. 216752
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Tel:   +1.323.306.4234
Fax:  +1.866.633.0228

Attorneys for Plaintiff
ALON RAPHAEL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALON RAPHAEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDIA, INC.,<br><br>Defendant. | Case No. 8:19-cv-2276-DOC-KES<br><br>**JOINT STIPULATION TO DISMISS THE ACTION IN FAVOR OF BINDING ARBITRATION**<br><br>[*[Proposed] Order Lodged Concurrently*]<br><br>Judge: David O. Carter |

      Defendant EXPEDIA, INC. ("Expedia") and Plaintiff ALON RAPHAEL ("Plaintiff"), by and through their respective counsel of record, hereby stipulate, agree, and jointly move the Court to issue an order as follows:

      WHEREAS, on October 17, 2019, Plaintiff filed an unverified putative class action complaint for damages, disgorgement/restitution, and injunctive relief in the Superior Court of the State of California, County of Orange (the "Complaint");

      WHEREAS, on October 22, 2019, Plaintiff served Expedia with the Complaint;

      WHEREAS, on November 21, 2019, Expedia removed the action to the United States District Court for the Central District of California (ECF 1) (this "Action");

      WHEREAS, pursuant to FRCP 6(a)(1), (6) and 81, Expedia's original deadline to respond to the Complaint was December 2, 2019;

      WHEREAS, pursuant to Local Rule 8-3, the parties agreed to a thirty (30) day extension of time, up to and including January 1, 2020, for Expedia to respond to the Complaint;

      WHEREAS, on December 30, 2019, Expedia timely filed its Motion to Compel Arbitration and Dismiss, or in the Alternative, Stay Proceedings, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* (ECF 11) (the "Motion to Compel Arbitration");

      WHEREAS, as set forth in greater detail in the Motion to Compel Arbitration, Expedia contends that Plaintiff repeatedly agreed to Expedia's Terms of Use by making dozens of bookings using Expedia's mobile application, and therefore agreed to individually arbitrate any claims he may have regarding bookings he made through Expedia;

      WHEREAS, on January 3, 2020, the Parties stipulated to a schedule on the remaining deadlines on Expedia's Motion to Compel Arbitration, and on January 6, 2020, the Court so-ordered that stipulation (ECF 13, 14);

WHEREAS, the Parties agree that the claims in this Action will be resolved by binding arbitration pursuant to Expedia's Terms of Use and the Consumer Arbitration Rules of the American Arbitration Association;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, as follows:

1. All claims alleged in this Action, and all issues arising in connection with those claims, shall be resolved on an individual, non-class basis to a final conclusion in accordance with Expedia's Terms of Use, through an arbitration proceeding administered by the American Arbitration Association under the Consumer Arbitration Rules of the American Arbitration Association.

2. This Action shall be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: February 18, 2020      MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Joseph Duffy*
Joseph Duffy
Attorneys for Defendant
EXPEDIA, INC.

Dated: February 18, 2020      LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By /s/ *Todd. M. Friedman*
Todd M. Friedman
Attorney for Plaintiff
ALON RAPHAEL

**Local Rule 5-4.3.4(a)(2)(i) Certification**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that concurrence in the filing has been obtained from each of the other signatories.

                                              /s/ *Joseph Duffy*
                                              Joseph Duffy

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

JOINT STIP TO DISMISS THE ACTION IN
FAVOR OF BINDING ARBITRATION
CASE NO. 8:19-CV-2276-DOC-KES