JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ALON RAPHAEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDIA, INC.,<br><br>Defendant. | Case No. 8:19-cv-2276-DOC-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS THE ACTION IN FAVOR OF BINDING ARBITRATION**<br><br>Judge: David O. Carter |

The Court, having considered the Joint Stipulation to Dismiss the Action in Favor of Binding Arbitration ("Stipulation"), and finding good cause appearing, therefore GRANTS the Stipulation and hereby orders that:

1. All claims alleged in this Action, and all issues arising in connection with those claims, shall be resolved on an individual, non-class basis to a final conclusion in accordance with Expedia's Terms of Use, through an arbitration proceeding administered by the American Arbitration Association under the Consumer Arbitration Rules of the American Arbitration Association.

2. This Action shall be dismissed with prejudice.

IT IS SO ORDERED.

Date: Feb 19, 2020

_____
Hon. David O. Carter
United States District Judge